UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| DENISE DEMPSEY, | Civil Action No. 2:08-cv-4978-DRD-MAS |
| Plaintiff, | |
| vs. | ECF Case |
| CRYSTAL SPRINGS RESORT DEVELOPMENT, LLC; CRYSTAL SPRINGS BUILDERS, LLC; WILD TURKEY GOLF CLUB, LLC; GRAND CASCADES LODGE AT CRYSTAL SPRINGS, LLC; MOUNTAIN RESORT PROPERTIES, INC.; ANDREW J. MULVIHILL; JOHN DOE ENTITIES NOS. 1-10; JOHN DOES NOS. 1-10; | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE TO PURSUANT TO F.R.C.P. 41 |
| Defendants. | |

Plaintiff Denise Dempsey, through her counsel, STARR, GERN, DAVISON & RUBIN, P.C., hereby voluntarily dismisses this action with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i).

SO ORDERED
DATE: Nov. 17, 2008

STARR, GERN, DAVISON & RUBIN, P.C.
*Attorneys for Plaintiff*
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 403-9200
rwelch@starrgern.com

Richard T. Welch, Esq.

DATED: November 17, 2008